

FILED
MAR - 3 2021

UNITED STATES DISTRICT COURT FOR
NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 4:21-CR-12

ELIJAH RAYMOND ENGRAM

21 USC § 841(a)(1)
21 USC § 841(b)(1)(c)
18 USC § 922(g)(1)
18 USC § 924(a)(2)

**The Grand Jury Charges:**

**COUNT ONE**

On or about December 10, 2019, in the Northern District of Mississippi, ELIJAH RAYMOND ENGRAM, defendant, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(c).

**COUNT TWO**

On or about December 10, 2019, in the Northern District of Mississippi, ELIJAH RAYMOND ENGRAM, defendant, knowing that he had been previously convicted in a court of a felony, that is, a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, namely, a Jimenez Arms model J.A..22, .22 L.R. caliber, in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**A TRUE BILL:**

_/s /Redacted Signature_____
**FOREPERSON**

_____
**CLAY JOYNER**
**ACTING UNITED STATES ATTORNEY**

—1—