| CRIMINAL CASE COVER SHEET | U.S. DISTRICT COURT |
|---|---|
| | Complete entire form |

**Place of Offense:**  **Related Case Information:**

City Greenville  Superseding Indictment _____ Case Number _____

County Washington  Same Defendant _____ New Defendant _____

*RECEIVED MAR - 3 2021 UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF MISSISSIPPI*

Magistrate Judge Case Number _____

Search Warrant Case Number _____

R20/R40 from District of _____

Related Criminal Case Number _____

**Defendant Information:**

Juvenile: ☐ Yes ☑ No    If yes, Matter to be sealed: ☐ Yes ☑ No

Defendant Name Elijah Raymond Engram

Alias Name _____

Address Greenville, MS

DOB 1960   SS# xxx-xx-3849   Sex M   Race B   Nationality _____

Represented by: _____

Interpreter: ☐ Yes ☑ No   List Language and/or dialect: _____

**Location Status:**

Arrest Date 12/10/19

☐ Already in Federal Custody as of _____ (Date) in _____ (Location)
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts ___2___    ☐ Petty  ☐ Misdemeanor  ☑ Felony

| Title & Section | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 18:922 | Felon in possession of firearm | 2 |
| Set 2 21:841 | Controlled substance - intent to distribute | 1 |
| Set 3 | | |
| Set 4 | | |

**U.S. Attorney Information:** AUSA Julie H. Addison    Bar # 103573

Date: 3/3/2021    Signature of AUSA *[signature]*

**District Court Case Number:**
(To be entered by Clerk)    4:21CR12